**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SONY ELECTRONICS PRIVACY LITIGATION | Case No.: 3:26-cv-00297-H-JAC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION AS MOOT**<br><br>[Doc. No. 18; 19.] |

On March 13, 2026, Defendant Sony Electronics, Inc. ("Sony") filed a motion to dismiss Plaintiff's complaint and a motion to compel arbitration. (Doc. No. 18; 19.) On April 27, 2026, Plaintiffs filed an unopposed motion to consolidate related cases, appoint interim co-lead class counsel, and file a consolidated complaint. (Doc. No. 26.) On June 8, 2026, the Court granted Plaintiffs unopposed requests, directing Plaintiffs to file their consolidated complaint by July 8, 2026. (Doc. No. 29.)

In light of Plaintiffs' pending consolidated complaint, the Court denies as moot Defendant's motion to dismiss and motion to compel arbitration without prejudice. See Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' . . . Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we

conclude that the motion to dismiss should have been deemed moot . . . .” (citations omitted)).

**IT IS SO ORDERED.**

DATED: June 9, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT